UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ADRIAN D. HOWELL                                                    PLAINTIFF

V.                      CIVIL NO. 6:14-CV-06007

SGT. DONALD ANGSLEY and
CPL. ANDREW GOODMAN                                  DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion of this date, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED this 14th day of June 2016.**

                                                       /s/ Barry A. Bryant

                                                       HON. BARRY A. BRYANT
                                                       UNITED STATES MAGISTRATE JUDGE